**Epigmenio Hernandez HERNANDEZ and Angelica Janeth Ortega De Hernandez, Petitioners,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 08–72869.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted June 22, 2011.

Filed April 5, 2013.

Mark T. Cramer, Tanya Louise Jackson, Kirkland & Ellis, LLP, Los Angeles, CA, for Petitioners.

Rachel Louise Browning, Trial, U.S. Department of Justice Office of Immigration Litigation, Lindsay M. Murphy, Trial, OIL, Matt Crapo, Michelle Gorden Latour, Esquire, Assistant Director, DOJ–U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: REINHARDT, W. FLETCHER and N.R. SMITH, Circuit Judges.

MEMORANDUM *

Epigmenio Hernandez Hernandez (Hernandez) and Angelica Janeth Ortega de Hernandez (Ortega), natives and citizens of Mexico, petition for review of the Board

* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

of Immigration Appeals' dismissal of their appeal of an Immigration Judge's decision denying them cancellation of removal.

We express no opinion on the underlying cancellation of removal issue at this time because of an intervening development: Petitioners have obtained valid U–Visas issued by the United States Citizenship and Immigration Service. Because the BIA has not had the opportunity to evaluate the consequences of this significant intervening development, we remand this case on a limited basis for the BIA to address the effect of the approved U–Visas on Petitioners' removal order in the first instance. *See INS v. Ventura,* 537 U.S. 12, 16, 123 S.Ct. 353, 154 L.Ed.2d 272 (2002) (per curiam). The panel will retain jurisdiction over this case.

**REMANDED** for further proceedings consistent with this disposition.

---

\*\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.